IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Q INTERACTIVE, LLC,

               Plaintiff,

        v.

CONVERTIS, LLC,

               Defendant.

No.
FILED: MAY 13, 2009
09CV2922
JUDGE MANNING
MAGISTRATE JUDGE VALDEZ
AO

## **COMPLAINT**

Plaintiff Q Interactive, LLC, by its attorneys, for its Complaint against Defendant Convertis, LLC, states as follows:

### **The Parties**

1.     Q Interactive, LLC ("Q Interactive") is a limited liability company organized under the laws of Delaware, with its principal place of business in Chicago, Illinois, the sole member of which is Q Interactive, Inc., a Delaware corporation with its principal place of business in Chicago, Illinois. Q Interactive is an online marketing services provider for advertisers and publishers. Q Interactive operates an extensive advertising network with hundreds of high traffic partner sites, as well as its own savings and shopping sites. Q Interactive's services include lead generation, e-mail and banner programs.

2.     Convertis, LLC ("Convertis") is a limited liability company organized and existing under the laws of Colorado, with its principal place of business at 6260 Lookout Road, Boulder, Colorado, 80301. Convertis has three members, all of whom are, upon information and belief, citizens of Colorado. Convertis is engaged in the business of marketing health and beauty products online.

**Jurisdiction and Venue**

3.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a)(2). The amount in controversy exceeds $75,000.00, exclusive of interest and costs, and there is complete diversity of citizenship between the parties.

4.      Venue is proper in this district pursuant to 28 U.S.C. § 1391, as a substantial part of the events or omissions giving rise to the claims asserted in the Complaint occurred in this judicial district. In addition, the parties irrevocably agreed to the exclusive jurisdiction of the courts located in Cook County, Illinois.

**Count I**
**Breach of Contract**

5.      Q Interactive incorporates the allegations in Paragraphs 1-4 of the Complaint as if fully set forth in this Paragraph.

6.      Between November 17, 2008, and February 16, 2009, Q Interactive and Convertis entered into written agreements whereby Convertis agreed to pay Q Interactive for providing online marketing services, including lead generation and e-mail marketing.

7.      The parties' agreements identified the online marketing services that Q Interactive would provide and the amount that Convertis agreed to pay for such services.

8.      The parties' agreements required that payment be made by Convertis within 30 days of the invoice date, and that a 1.5% per month (18% per year) finance charge be paid on any amounts outstanding beyond 30 days after the invoice date. Convertis agreed to pay all costs, court costs, and reasonable attorneys' fees incurred by Q Interactive in the event of non-payment by Convertis.

9.      These agreements are valid, binding and legally enforceable contracts between Convertis and Q Interactive.

10. Even though Q Interactive performed all of its obligations under the parties' agreements, including providing Convertis with online marketing services, and provided services for the benefit of Convertis, Convertis breached those agreements and failed to pay Q Interactive for the services provided.

11. As a result, Q Interactive suffered damages including, but not limited to, amounts due and owing of $223,002.50, plus interest, attorneys' fees and costs.

WHEREFORE, Q Interactive respectfully requests judgment in its favor and against Convertis as follows:

    a.  for damages in an amount to be proven at trial, but not less than $223,002.50;

    b.  for prejudgment interest;

    c.  for attorneys' fees and costs; and

    d.  for such other relief as the Court deems just and appropriate.

### Count II
### Unjust Enrichment
### (in the alternative)

12. Q Interactive incorporates the allegations in Paragraphs 1-4 of the Complaint as if fully set forth in this Paragraph.

13. In November 2008 through February 2009, Convertis requested that Q Interactive provide it with marketing services, including lead generation and e-mail marketing.

14. Q Interactive did, in fact, provide marketing services, including lead generation and e-mail marketing, to Convertis.

15. Convertis received and accepted the benefits resulting from Q Interactive's efforts and marketing services, but failed to pay Q Interactive for those efforts and services and wrongfully retained the benefit of Q Interactive's services.

16.     Convertis has been unjustly enriched in an amount to be determined at trial, but by no less than $223,002.50.

WHEREFORE, Q Interactive respectfully requests judgment in its favor and against Convertis as follows:

    a.  for damages in an amount to be proven at trial, but not less than $223,002.50;

    b.  for prejudgment interest;

    c.  for attorneys' fees and costs; and

    d.  for such other relief as the Court deems just and appropriate.

### Jury Demand

Plaintiff demands a jury trial on all issues so triable.

Q INTERACTIVE, LLC


By:  s/ Meredith D. Schacht (ARDC 6290682)
                    One of Its Attorneys

Scott J. Fisher
Meredith D. Schacht
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street
Suite 1700
Chicago, IL 60602-3801
(312) 269-8000


Dated: May 13, 2009